**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **OSVALDO CISNEROS-GUTIERREZ** | § | |
| | § | |
| **VS.** | § | **NO. 3:09-CV-0877-D** |
| | § | **NO. 3:05-CR-0125-D(02)** |
| **UNITED STATES OF AMERICA** | § | |
| | § | |

**ORDER TO SHOW CAUSE AND INSTRUCTIONS TO PARTIES**

<u>SERVICE OF PROCESS</u>.  The Clerk shall forthwith serve by mail a true copy of this order on Movant, and a true copy of this Order, together with a true copy of this motion, shall be served electronically on the United States Attorney for the Northern District of Texas.[1]

<u>RESPONSIVE PLEADINGS</u>.  United States Attorney shall within sixty (60) days from the date of this Order, file an answer complying with the provisions of Rule 5 of the Rules governing Section 2255 proceedings for the United States District Courts.  A true copy of the answer, together with a copy of any brief filed therewith, shall be served on Movant and a certificate shall be filed with the Clerk evidencing such service.

<u>TRAVERSE PLEADINGS</u>.  No traverse shall be filed except as required or permitted by further written order of the Court.

<u>BRIEFS</u>.  Briefs should be submitted on letter size paper, 8 ½" by 11", and should be double spaced.  Each argument with supporting citations advanced in the brief should clearly specify the specific ground of the motion or numbered paragraph of the pleading it seeks to support or oppose.  A copy of any brief must be served by mail on the opposing party or counsel, if he is represented by counsel, and a certificate reflecting such service shall be included in the brief.

<u>SUPPORTING DOCUMENTS</u>.  The United States Attorney shall file with its brief a copy of any suporting documents.

SIGNED this 18th day of May, 2009.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Such service shall be directed to the attention of the Criminal Section Habeas Attorney, United States Attorney's Office.  *See* Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 3(b).